IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRUCE DANIELSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 38831 |
| | § | |
| COLLECTO, INC., PAUL E. LEARY, JR., | § | JURY TRIAL DEMANDED |
| MICHAEL CRUSEMANN, HANS | § | |
| WERNER SCHERER, PAUL E. | § | 3-10CV-462-N |
| LEARY, SR. | § | |

## COMPLAINT

### JURISDICTION

1. The jurisdiction of this Court attains pursuant to 15 U.S.C.§1692 et seq, the Fair Debt Collection Practices Act ("FDCPA") for which jurisdiction is proper in this Court. 15 U.S.C.§1692k(d) and state law claims supplemental thereto. Venue lies in the Northern District of Texas since Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PARTIES

2. Plaintiff, Bruce Danielson, is a natural person and is a "consumer" as defined by 15 U.S.C.§1692a(3) of the FDCPA. Plaintiff is a resident and citizen of the State of Texas.

3. Defendant, Collecto, Inc. is a corporation organized under the laws of the state of Massachusetts. whose charter has been withdrawn, forfeited or voluntarily dissolved. Pursuant to Texas Business Corporation Act Ann. art. 8.10, service is proper upon the Secretary of the State of Texas, 1019 Brazos Street, Austin, Texas 78701. The Secretary of State of Texas will serve Collecto, Inc. at the address on file with the Secretary of State's records, 700 Longwater Drive, Norwell, MA 02061.

4. The charter of Collecto, Inc. was forfeited on July 24, 2009.

5. Paul E. Leary, Jr., a Director of Collecto, Inc. is an individual, believed to reside in Massachusetts and may be served with process at 700 Longwater Drive, Norwell, MA 02061. Since liability was incurred while the charter was forfeited, Paul E. Leary is liable for the debt individually per Texas Tax Code §s171.252 and 171.255.

6. Michael Crusemann, a Director of Collecto, Inc. is an individual, believed to reside in Massachusetts and may be served with process at 700 Longwater Drive, Norwell, MA 02061. Since liability was incurred while the charter was forfeited, Paul E. Leary is liable for the debt individually per Texas Tax Code §s171.252 and 171.255.

7. Hans Werner Scherer, a Director of Collecto, Inc. is an individual, believed to reside in Massachusetts and may be served with process at 700 Longwater Drive, Norwell, MA 02061. Since liability was incurred while the charter was forfeited, Paul E. Leary is liable for the debt individually per Texas Tax Code §s171.252 and 171.255

8. Paul Leary, Sr., a Director of Collecto, Inc. is an individual, believed to reside in Massachusetts and may be served with process at 700 Longwater Drive, Norwell, MA 02061. Since liability was incurred while the charter was forfeited, Paul E. Leary is liable for the debt individually per Texas Tax Code §s171.252 and 171.255

## FACTUAL ALLEGATIONS

9. Plaintiff is an individual consumer as defined by 15 U.S.C. §1692a(3).

10. Defendant Collecto, Inc. is a debt collector as defined by the FDCPA and Texas Debt Collection Practices Act.

11. Sometime on or about April, 2009, Defendant's representatives began calling Plaintiff at both his home and place of business in attempts to collect a debt.

12. Although Plaintiff disputed the debt both in person and in writing, Defendant continued attempting to collect.

13. Plaintiff requested (May 2009) both in person and in writing that Defendant cease calling him both at home and office.

14. As recent as the filing of this lawsuit, Defendant's representatives continue to call Plaintiff at both his home and office number, despite both written and verbal requests to cease calling.

15. Defendant has failed to respond to written requests for verification.

16. Defendant does not owe the debt which Defendant is attempting to collect.

## CAUSES OF ACTION

### COUNT I

17. Plaintiff re-alleges and incorporates paragraphs 1 through 16 above as if fully set out herein.

18. Collecto, Inc. is a debt collector as defined by the Fair Debt Collection Practices Act, 15 U.S.C.§1692a(6).

19. Defendant has violated 15 U.S.C.§1692g by failing to respond to Plaintiff's request for validation of the debt.

20. Defendant has violated 15 U.S.C.§1692c by continuing to call Plaintiff after being requested to cease communication.

21. Defendant has violated 15 U.S.C.§1692e(2)(A) by falsely representing the character, amount, or legal status of a debt.

### COUNT II

22. Plaintiff re-alleges and incorporates paragraphs 1 through 21 above as if fully set out herein.

23. In violation of Tex. Fin.Code §392.301(a)(8) the Defendant threatened to take (and/or did take) an action prohibited by law.

### COUNT III

24. Plaintiff re-alleges and incorporates paragraphs 1 through 23 above.

25. Pursuant to Tex. Fin.Code §392.404, the Defendant's violations of the Texas Debt Collection Practices Act also constitute a deceptive trade practice Subchapter E, Chapter 17, Business and Commerce Code ("DTPA"), and is actionable under that chapter.

26. The foregoing acts and omissions were undertaken on behalf of the Defendant by its

respective officers, agents, or employees acting at all times relevant hereto within the scope of that relationship.

27. The foregoing acts and omissions of the Defendant were undertaken wilfully, intentionally, knowingly, and/or in gross disregard of the rights of the Plaintiff.

28. The foregoing acts and omissions of the Defendant were undertaken indiscriminately and persistently, as part of its regular and routine collection efforts, and without regard to or consideration of the identity of rights of the Plaintiff.

29. By reason of the allegations in this petition, the Texas Debt Collection Practices Act and Fair Debt Collection Practices Act, , Plaintiff is entitled to recover attorney's fees in a sum that is reasonable in relation to the amount of work expended for which Plaintiff sues herein. The attorney whose name is subscribed to this pleading has been employed to assist Plaintiff in the prosecution of this action.

## Prayer for Relief

WHEREFORE, the Plaintiff prays that this Court:

1. Declare that Defendant's actions violate the FDCPA and TDCPA.

2. Enter judgment in favor of Plaintiff and against Defendant for statutory damages, actual damages, costs, and reasonable attorney fees as provided by 15 U.S.C.§1692k(a) and/or Tex. Fin.Code Ann. §392.403.

3. Grant such further relief as deemed just.

**TRIAL BY JURY IS DEMANDED.**

Respectfully submitted,

*Sharon Campbell*

Sharon K. Campbell
State Bar # 03717600
3100 Monticello Ave., Suite 500
Dallas, Texas 75206
Telephone: 214/351-3260
Fax: 214/265-7626
Sharon@SharonKCampbell.com

Of Counsel:

Clint Blackman III
3100 Monticello Ave., Suite 500
Dallas, Texas 75205
214-696-8000
214-265-7626 (Fax)

COMPLAINT                                                                                       5

JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bruce Danielson

**DEFENDANTS**
Collecto, Inc., Paul E. Leary, Jr., Michael Crusemann, Hans Werner Scherer, Paul Leary, Sr.

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED MAR - 5 2010 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

(c) Attorney's (Firm Name, Address, and Telephone Number)
Sharon K. Campbell, 3100 Monticello Ave., Suite 500, Dallas, Texas 75205; 214-351-3260

Attorneys (If Known)

3-10CV-462-N

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1692
Brief description of cause:
Defendants continued calling Plaintiff for a debt not due long after receiving written request to cease

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED: (See instructions)
JUDGE
DOCKET NUMBER

DATE 3-2-10
SIGNATURE OF ATTORNEY OF RECORD  *Sharon Campbell*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____