IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRUCE DANIELSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3-10-CV-462N |
| COLLECTO, INC., PAUL E. LEARY, JR., | § | JURY TRIAL DEMANDED |
| MICHAEL CRUSEMANN, HANS | § | |
| WERNER SCHERER, PAUL E. | § | |
| LEARY, SR. | § | |

## MOTION TO DISMISS ALL CLAIMS

Bruce Danielson, Plaintiff, presents this Motion to Dismiss all claims for relief asserted herein and would respectfully show the Court the following:

**I**

Plaintiff and Defendants have reached a resolution of the matters raised in this lawsuit. Accordingly, Plaintiff requests the court to enter an order dismissing, with prejudice, all causes of actions and claims asserted herein by Plaintiff against all named Defendants..

There are no counterclaims filed nor are there any motions pending. This motion is not opposed by Defendants.

WHEREFORE, Plaintiff requests that this Court order all claims asserted herein against all named Defendants be dismissed, with prejudice, with costs to be taxed as incurred.

Respectfully submitted,

/s/ Sharon K. Campbell
Sharon K. Campbell
State Bar # 03717600
3100 Monticello Ave., Suite 500
Dallas, Texas 75205
Telephone: 214/351-3260
Fax: 214/378-6670
Sharon@SharonKCampbell.com

CERTIFICATE OF SERVICE

In keeping with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all attorneys of record, via

\_\_\_ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

_X_ TELEPHONIC DOCUMENT TRANSFER (FAX)

\_\_\_ FEDERAL EXPRESS

\_\_\_ COURIER/RECEIPTED DELIVERY

\_\_\_ REGISTERED MAIL/RETURN RECEIPT REQUESTED

\_\_\_ HAND-DELIVERY (IN PERSON)

\_\_\_ REGULAR MAIL

_X_ ELECTRONIC MAIL

DATED: July 5, 2011

/s/ Sharon K. Campbell