IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRUCE DANIELSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3-10-CV-462N |
| COLLECTO, INC., PAUL E. LEARY, JR., | § | JURY TRIAL DEMANDED |
| MICHAEL CRUSEMANN, HANS | § | |
| WERNER SCHERER, PAUL E. | § | |
| LEARY, SR. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

The Court considered the Motion to Dismiss filed by Plaintiff. Being fully advised, the Court is of the opinion that this Motion should be granted. It is, therefore,

ORDERED that all claims asserted by Plaintiff against all named Defendants are dismissed with prejudice.

Signed July 13, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE